May 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RONALD DUNCAN, Appellant

NO. 14-12-00906-CV                    V.

MEMORIAL HERMAN HOSPITAL SYSTEM, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ronald Duncan.

We further order this decision certified below for observance.